# EXHIBIT A

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Sloan-Kettering Institute for Cancer Research  November 28, 2016
1275 York Avenue  Invoice: 5429664
New York, NY 10016  Page 1

**TERMS: DUE ON RECEIPT**

For professional services rendered through October 31, 2016 in connection with the following:

Our Matter:  133947.00001
             EGT

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | | | |
| 10/1/16 | Leonie W. Huang | Research and analysis of case law supporting sanctions for violation of protective order. | ~~9.50~~ 8.0 | 450.00 | ~~4,275.00~~ 3,600 |
| | | | | | |
| 10/2/16 | Leonie W. Huang | Continue case research and analysis; begin drafting memorandum of law in support of sanctions motion. | 7.50 | 450.00 | 3,375.00 |
| 10/3/16 | Leonie W. Huang | Continue drafting brief supporting motion for sanctions against EGT and Niro Law for violations of Protective Order. | ~~9.80~~ 8.0 | 450.00 | ~~4,410.00~~ 3,600 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

November 28, 2016
Invoice: 5429664
Page 2

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | ███████████████ | | | |
| 10/3/16 | Lin F. Weeks | Research re previous sanctions assessed against opposing counsel for use in sanctions motion re protective order violation | 2.10 | 325.00 | 682.50 |
| | | ███████████████ | | | |
| 10/4/16 | Leonie W. Huang | Continue drafting sanctions motion and additional case research and analysis. | ~~12.00~~ 8.0 | 450.00 | ~~5,400.00~~ 3,600 |
| | | ███████████████ | | | |
| 10/4/16 | Lin F. Weeks | Sanctions motion: compared Second Amended Complaint to Illinois Filing, sent mark-up to L. Huang; research re previous sanctions violations by opposing counsel; conferred with L. Huang re research; research in legal databases for ███████████ ████████████████████ sent research to L. Huang | 6.70 | 325.00 | 2,177.50 |
| | | ███████████████ | | | |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

November 28, 2016
Invoice: 5429664
Page 3

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/4/16 | Benjamin R. Wilson | Review fact section of motion for sanctions and provide comments. | 2.40 | 495.00 | 1,188.00 |
| 10/5/16 | Leonie W. Huang | Continue drafting memorandum of law in support of Sanctions motion, including additional research and cases analysis. | ~~9.10~~ 8.0 | 450.00 | ~~4,095.00~~ 3,600 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

November 28, 2016
Invoice: 5429664
Page 4

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | ███████████████████████ | | | |
| 10/5/16 | Lin F. Weeks | Sanctions Motion: Conferred with L. Huang re sanctions motion, including facts section relaying EGT's use of AEO documents in BBB complaint; research in legal databases for judgments against opposing counsel regarding violation of a protective order, sent research to L. Huang | 5.90 | 325.00 | 1,917.50 |
| | | ███████████████████████ | | | |
| 10/6/16 | Lin F. Weeks | Sanctions Motion: Research on recent federal cases where sanctions or contempt of court had been found after one party violated | 3.90 | 325.00 | 1,267.50 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

November 28, 2016
Invoice: 5429664
Page 5

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
|      |              | protective order; summarized research, sent to L. Huang; conferred with C. Weiss re additional such cases, research in legal databases, federal dockets re same; worked with staff to pull dockets of such cases | | | |



# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

November 28, 2016
Invoice: 5429664
Page 7

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/16 | Leonie W. Huang | Continue research, analysis and drafting of Sanctions Brief (Memorandum of Law in Support of SKI's Motion for Sanctions for EGT's Violation of the Protective Order) (including additional research and analysis related to preclusion of evidence). | 6.50 | 450.00 | 2,925.00 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

November 28, 2016
Invoice: 5429664
Page 8

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/16 | Leonie W. Huang | Continue case law research and analysis, and drafting of Sanctions Brief (Memorandum of Law in Support of SKI's Motion for Sanctions for EGT's Violation of the Protective Order) (including additional research related to revocation of PHV admissions). | 6.00 | 450.00 | 2,700.00 |
| 10/13/16 | Charles A. Weiss | Work on sanctions motion. | 0.70 | 780.00 | 546.00 |
| 10/13/16 | Leonie W. Huang | Continue research, analysis and drafting of Sanctions Brief (Memorandum of Law in Support of SKI's Motion for Sanctions for EGT's Violation of the Protective Order) | ~~8.80~~ 8.0 | 450.00 | ~~3,960.00~~ 3,600 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

November 28, 2016
Invoice: 5429664
Page 9

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/16 | Leonie W. Huang | Continue drafting Sanctions Brief (Memorandum of Law in Support of SKI's Motion for Sanctions for EGT's Violation of the Protective Order) (including additional research regarding civil contempt sanctions). | 7.50 | 450.00 | 3,375.00 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

November 28, 2016
Invoice: 5429664
Page 10

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/16 | Charles A. Weiss | Work on sanctions brief. | 1.10 | 780.00 | 858.00 |
| 10/17/16 | Leonie W. Huang | Make revisions to brief in support of motion for sanctions, and conduct additional research and case analysis. | 3.60 | 450.00 | 1,620.00 |
| 10/18/16 | Benjamin R. | Revise memorandum of law in support of | 2.00 | 495.00 | 990.00 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

November 28, 2016
Invoice: 5429664
Page 11

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/16 | Leonie W. Huang | Revise sanctions brief, including additional research and case analysis related to monetary sanctions. | 5.90 | 450.00 | 2,655.00 |
| 10/19/16 | Leonie W. Huang | Additional revisions to brief for sanctions motion and draft correspondence regarding same. | 1.20 | 450.00 | 540.00 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

November 28, 2016
Invoice: 5429664
Page 15

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 10/27/16 | Leonie W. Huang | Draft notice of motion for sanctions and make additional revisions to memorandum of law. | 2.00 | 450.00 | 900.00 |
| 10/28/16 | Leonie W. Huang | Review Declaration in support of motion for sanctions and additional revisions to sanctions brief. | 5.00 | 450.00 | 2,250.00 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

November 28, 2016
Invoice: 5429664
Page 16

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | motion to dismiss. | | | |
| 10/31/16 | Charles A. Weiss | Work on sanctions motion. | 1.40 | 780.00 | 1,092.00 |