# EXHIBIT B

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Sloan-Kettering Institute for Cancer Research
1275 York Avenue
New York, NY 10016

December 22, 2016
Invoice: 5444404
Page 1

**TERMS: DUE ON RECEIPT**

For professional services rendered through November 30, 2016 in connection with the following:

Our Matter: 133947.00001
EGT

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/2/16 | Charles A. Weiss | Review and revise sanctions motion. | 1.40 | 780.00 | 1,092.00 |
| 11/2/16 | Leonie W. Huang | Make additional revisions to and finalize Memorandum of Law in Support of Motion for Sanctions, Notice of Motion for Sanctions, | 7.90 | 450.00 | 3,555.00 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

December 22, 2016
Invoice: 5444404
Page 2

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and Declaration in Support of Motion and related exhibits. | | | |
| 11/2/16 | Lin F. Weeks | Sanctions Motion: Conferred with L. Huang re sanctions motion; cite and fact checked sanctions motion brief, including check of declaration and exhibits to be attached with motion; edited draft sanctions motion, sent updated version to L. Huang | 5.90 | 325.00 | 1,917.50 |



| 11/7/16 | Leonie W. Huang | Make additional revisions to and finalize Memorandum of Law in Support of Motion for Sanctions, Notice of Motion for Sanctions, | 6.80 | 450.00 | 3,060.00 |

Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

December 22, 2016
Invoice: 5444404
Page 4

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/11/16 | Charles A. Weiss | Review EGT's opposition to sanctions motion. | 0.50 | 780.00 | 390.00 |
| 11/11/16 | Leonie W. Huang | Review EGT opposition to Sanctions Motion and related declaration and exhibits; draft summary ▮▮ and draft correspondence ▮▮ regarding opposition. | 3.00 | 450.00 | 1,350.00 |
| 11/14/16 | Leonie W. Huang | Consider arguments for Reply to Sanctions Motion and discuss with C. Weiss; begin additional case research and analysis for Reply ▮▮ | 6.00 | 450.00 | 2,700.00 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

December 22, 2016
Invoice: 5444404
Page 5

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | ████████ | | | |
| 11/16/16 | Leonie W. Huang | Continue drafting Reply memorandum of law including analysis of additional cases supporting ████ | 7.00 | 450.00 | 3,150.00 |
| 11/17/16 | Charles A. Weiss | ████ review and revise sanctions reply brief (0.5). | ~~0.80~~ 0.5 | 780.00 | ~~624.00~~ 390 |
| 11/17/16 | Leonie W. Huang | Finish drafting Reply brief in support of Sanctions Motion (including additional case law research and analysis regarding ████; make additional revisions to improve brief structure and add additional case law analysis related to violations based on use not disclosure and add analysis related to sanctions for deliberate violations. | 8.00 | 450.00 | 3,600.00 |
| 11/17/16 | Lin F. Weeks | Sanctions motion: Conferred with L. Huang re dates that certain SKI materials were produced to EGT; research re same in production database; conferred with e-discovery staff re same | 3.00 | 325.00 | 975.00 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001
December 22, 2016
Invoice: 5444404
Page 6

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 11/21/16 | Lin F. Weeks | Sanctions Motion: Conferred with L. Huang re sanctions reply brief; cite checked, bluebooked, fact checked and edited reply sanctions brief | 3.80 | 325.00 | 1,235.00 |

