# EXHIBIT C

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Sloan-Kettering Institute for Cancer Research  April 24, 2017
1275 York Avenue  Invoice: 5494261
New York, NY 10016  Page 1

**TERMS: DUE ON RECEIPT**

For professional services rendered through February 28, 2017 in connection with the following:

Our Matter:  133947.00001
              EGT

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | | | | |
| 2/2/17 | Leonie W. Huang | Begin drafting motion for contempt for violation of the SDNY Protective Order (filing NY State court claim). | 1.00 | 454.00 | 454.00 |
| 2/3/17 | Charles A. Weiss | Work on sanctions motion (0.8). ■■■■■■■■■■■■ | ~~1.30~~ 0.8 | 765.00 | ~~994.50~~ 612 |
| 2/3/17 | Benjamin R. Wilson | Engage review and analysis of EGT sanctions briefings, including factual affidavits; email with L. Huang re same. | 1.00 | 499.00 | 499.00 |
| 2/3/17 | Leonie W. Huang | Continue drafting contempt motion (for violation of Protective Order by bringing NY State case) and additional research related to dismissal sanctions. | 7.10 | 454.00 | 3,223.40 |
| | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | | | | |
| 2/5/17 | Leonie W. Huang | Additional case law research and analysis and continue drafting contempt and sanctions motion for second violation of protective order. | ~~11.00~~ 8.0 | 454.00 | ~~4,994.00~~ 3,632 |
| 2/6/17 | Charles A. Weiss | Work on new sanctions motion. | 1.40 | 765.00 | 1,071.00 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

April 24, 2017
Invoice: 5494261
Page 2

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |
| 2/6/17 | Leonie W. Huang | Sanctions Motion: Continue drafting motion for contempt and sanctions, including further additional research related to contempt and dismissal sanctions for violation of court order, add fact citations to record and additional revisions per C. Weiss. | 8.00 | 454.00 | 3,632.00 |
| ███ | ███ | ███ | ███ | ███ | ███ |
| 2/7/17 | Charles A. Weiss | Review and revise contempt motion brief. | 1.10 | 765.00 | 841.50 |
| ███ | ███ | ███ | ███ | ███ | ███ |
| 2/7/17 | Leonie W. Huang | Complete final draft for Contempt Motion for violation of Protective Order. | 5.00 | 454.00 | 2,270.00 |
| ███ | ███ | ███ | ███ | ███ | ███ |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

April 24, 2017
Invoice: 5494261
Page 3

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/8/17 | Leonie W. Huang | Review and finalize contempt motion notice, declaration, exhibits, and brief for filing. | 3.00 | 454.00 | 1,362.00 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

April 24, 2017
Invoice: 5494261
Page 6

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | ██████████ | | | |
| 2/17/17 | Charles A. Weiss | E-mails with K. Sussmane re: motion for contempt. | 0.20 | 765.00 | 153.00 |
| | | ██████████ | | | |
| 2/21/17 | Leonie W. Huang | ██████ review EGT contempt motion opposition and P. Girondi declaration and draft summary correspondence to client and respond to emails from C. Weiss regarding next steps. Additional analysis of EGT | 7.00 | 454.00 | 3,178.00 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

April 24, 2017
Invoice: 5494261
Page 7

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | opposition and begin formulating weaknesses and arguments for reply brief. | | | |
| 2/22/17 | Leonie W. Huang | Draft Reply in further support of contempt motion. | ~~8.50~~ 8.0 | 454.00 | ~~3,859.00~~ 3,632 |
| 2/23/17 | Leonie W. Huang | Continue analysis and drafting of reply in support of contempt motion (including analysis of violations of protective order by comparing various complaint language and review of discovery materials supporting EGT's claims related to Biomarin). | ~~9.00~~ 8.0 | 454.00 | ~~4,086.00~~ 3,632 |

# Holland & Knight

Sloan-Kettering Institute for Cancer Research
133947.00001

April 24, 2017
Invoice: 5494261
Page 8

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | ████████████████ | | | |
| 2/26/17 | Benjamin R. Wilson | Continue to draft and revise reply brief in support of contempt motion and consider factual materials. | ~~8.50~~ 8.0 | 499.00 | ~~4,241.50~~ 3,992 |
| 2/26/17 | Lin F. Weeks | Sanctions: Conferred with B. Wilson re reply brief for contempt motion; research in legal database in support of same | 2.50 | 382.00 | 955.00 |
| 2/27/17 | Benjamin R. Wilson | Continue to review and supplement arguments for reply on contempt motion; discuss legal propositions with L. Weeks and consider research; discuss C. Weiss comments; address and incorporate same; circulate draft brief to client and discuss L. Huang comments. | ~~8.40~~ 8.0 | 499.00 | ~~4,191.60~~ 3,992 |
| 2/27/17 | Lin F. Weeks | Sanctions: Continued research for reply brief; conferred with B. Wilson re cases in which court provided for additional discovery and deposition relating to sanctions motion; research re cases in which courts rejected post hoc rationalizations of breach of protective order | 6.30 | 382.00 | 2,406.60 |
| | | ████████████████ | | | |
| 2/28/17 | Lin F. Weeks | Sanctions: Cite and fact-checked reply brief; conferred with B. Wilson re same | 2.60 | 382.00 | 993.20 |
| | | ████████████████ | | | |